

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2022

No. 04-22-00087-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01945
Honorable Mary Lou Alvarez, Judge Presiding

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

Following a January 21, 2022 hearing, the trial court signed an order entitled "Progress Report Order" (the "January 21 order").[2]  On February 14, 2022, relator filed a petition for writ of mandamus complaining of the January 21 order.  The Department also filed a motion asking this court to stay: the January 21 order, "further orders regarding the creation of contracts or the payment of funds regarding the child's placement," and "any contempt proceedings, sanctions, or incarceration of Department representatives."  On February 16, 2022, we granted the motion for temporary emergency relief in part as follows:

> 1. The following decretal paragraphs in the trial court's "Progress Report Order" rendered on January 21, 2022 and signed on February 11, 2022 are STAYED pending further order of this court:

> 2.7 In order to assist the Placement Department, the Department is ordered to draft Child Specific Contract for $1000.00 a day is to be drafted and circulated to Child Placing Agencies including Traplight, Bair, Pathways, and any other Child

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., A Child*, pending in the 150th Judicial District Court, Bexar County, Texas.  The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

[2] The trial court signed the order on February 11, 2022.

Placing Agency identified as accepting and open to LGBTQ youth. This needs to be completed on or before Tuesday January 25, 2022.

2.8 On January 26, 2022 by 10AM, a copy of all contracts that were submitted on behalf of this child shall be submitted to the child's attorney ad litem and the child's guardian ad litem
.
*2. Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement are STAYED pending further order of this court.* [Emphasis added.]

3. Any further contempt proceedings, sanctions, or incarceration of Department representatives arising from the underlying suit and any orders to incarcerate Department representatives arising from contempt proceedings in the underlying suit are STAYED pending further order of this court.

On March 2, 2022, relator filed a "Motion for Review of Further Orders," asking this court to review the trial court's "Benchmark Hearing After Final Order." Relator states that, although the hearing was conducted on March 1, 2022, the order has not yet been signed. We GRANT the motion. *See* TEX. R. APP. P. 29.6.

We ORDER relator to obtain a signed written copy of the "Benchmark Hearing After Final Order" that resulted from the March 1, 2022 "benchmark hearing" **no later than March 21, 2022**. We further ORDER relator to obtain the reporter's record from the March 1, 2022 hearing **no later than March 30, 2022**.

In the interest of justice and the child's best interest, respondent, the Honorable Mary Lou Alvarez, is encouraged to sign the order **no later than March 14, 2022**.

It is so **ORDERED** on March 10, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT